**Order entered February 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00550-CR

**JOHN RICHARD BUSBEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F10-11264-K**

## ORDER

The State's second motion for extension of time in which to file its brief is **GRANTED**.

The State's brief, filed simultaneously with its motion for extension, is deemed timely filed, and

the Clerk of the Court is instructed to file the State's brief as of the date received.

/s/　　ELIZABETH LANG-MIERS
　　　　PRESIDING JUSTICE